1

2               UNITED STATES DISTRICT COURT

3               CENTRAL DISTRICT OF CALIFORNIA

4

5

AMY EVANS, on behalf of herself
6   and all others similarly situated,          Case No.    2:16-cv-03791-JGB-SP

7                          Plaintiff,           ORDER GRANTING STIPULATED
                                                PROTECTIVE ORDER
8           v.

9   DSW, Inc.

10                         Defendant.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered the parties' Stipulated Protective Order, and good cause

2  appearing, the exchange of confidential information and discovery in the above

3  captioned action shall be made in accordance with the parties' Stipulated Protective

4  Order.

5  **SO ORDERED:**

6

7  Dated: May 22, 2017

8                                    Honorable Sheri Pym
                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28