**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (State Bar No. 272996)
483 Ninth St., Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
E-Mail:   apersinger@tzlegal.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
E-Mail:  hzavareei@tzlegal.com

*Counsel for Plaintiff*
*(Additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY EVANS, individually and on behalf of all others similarly situated, <br><br>                     Plaintiff, <br><br>    v. <br><br> DSW, INC., <br><br>                   Defendant. | Case No. 2:16-cv-03791-JGB-SP <br><br> **NOTICE OF MOTION FOR DETERMINATION OF WHETHER PLAINTIFF IS A SUCCESSFUL PARTY UNDER A CATALYST THEORY** <br><br> Date:  June 11, 2017 <br> Time:  9:00 a.m. <br> Courtroom: 1-Riverside <br><br><br> Hon. Jesus G. Bernal |

**TO ALL PARTIES AND THEIR ATTORNEYS HEREIN:**

**PLEASE TAKE NOTICE** that on June 11, 2018 at 9:00 a.m., or so soon thereafter as the parties may be heard, in Courtroom 1 of the above entitled court, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiff Amy Evans will move this Court for an Order granting Plaintiffs' Motion for Determination of Whether Plaintiff Is a Successful Party Under a Catalyst Theory.

This Motion is made pursuant to Cal. Code of Civ. P. ("CCP") § 1021.5.  Plaintiff respectfully requests that this Court issue an Order granting Plaintiff's Motion for Determination of Whether Plaintiff Is a Successful Party Under a Catalyst Theory, and then set a deadline for her to file a Motion for Attorney's Fees and Costs. *See e.g.,* *MacDonald v. Ford Motor Co.*, 142 F.Supp.3d 884, 898 (N.D. Cal. 2015) (finding that the plaintiff was a successful party under a catalyst theory and ordering that the plaintiff submit a motion for attorney's fees within thirty days).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the Declaration of Annick M. Persinger and supporting evidence, the Declaration of Scott Edelsberg and all other pleadings and papers on file in this action and such argument as may be presented to the Court at the time of the hearing.


Dated: April 10, 2018                              Respectfully submitted,


                                                   By: */s/ Annick M. Persinger*
                                                   Annick M. Persinger

                                                   **TYCKO & ZAVAREEI LLP**
                                                   ANNICK M. PERSINGER,
                                                   CA Bar No. 272996)
                                                   apersinger@tzlegal.com
                                                   483 Ninth Street, Suite 200
                                                   Oakland, CA 94607
                                                   Telephone (510) 254-6808
                                                   Facsimile (202) 973-0950

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI
CA Bar No. 181547
hzavareei@tzlegal.com
1828 L Street, NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**KOPELOWITZ OSTROW
FERGUSON WEISELBERG
GILBERT**
Jeffrey M. Ostrow
Scott Edelsberg (pro hac vice)
ostrow@kolawyers.com
edelsberg@kolawyers.com
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

*Counsel for Plaintiff*