1   **TYCKO & ZAVAREEI LLP**
    Annick M. Persinger (State Bar No. 272996)
2   1970 Broadway, Suite 1070
    Oakland, CA 94612
3   Telephone: (510) 254-6808
    Facsimile: (510) 210-0571
4   E-Mail:   apersinger@tzlegal.com

5
    **TYCKO & ZAVAREEI LLP**
6   Hassan A. Zavareei (State Bar No. 181547)
    1828 L Street, N.W., Suite 1000
7   Washington, D.C. 20036
    Telephone: (202) 973-0900
8   Facsimile: (202) 973-0950
    E-Mail:  hzavareei@tzlegal.com
9

10

11                   **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13
    AMY EVANS, individually and on behalf          Case No. 2:16-cv-03791-JGB-SP
14  of all others similarly situated,

15                          Plaintiff,             **DECLARATION OF ANNICK M.
                                                   PERSINGER IN SUPPORT OF
16          v.                                     PLAINTIFF'S MOTION FOR
                                                   RECONSIDERATION OF THE
17  DSW, INC.,                                     COURT'S ORDER ON
                                                   PLAINTIFF'S MOTION FOR
18                          Defendant.             DETERMINATION OF
                                                   ENTITLEMENT TO FEES
19                                                 UNDER A CATALYST THEORY,
                                                   OR IN THE ALTERNATIVE
20                                                 PLAINTIFF'S RENEWED
                                                   MOTION
21

22
                                                   Hon. Jesus G. Bernal
23

24

25

26

27

28
    DECLARATION OF ANNICK M. PERSINGER IN SUPPORT OF PLAINTIFF'S MOTION FOR
    RECONSIDERATION OF THE COURT'S ORDER ON PLAINTIFF'S MOTION FOR
    DETERMINATION OF ENTITLEMENT OF FEES UNDER A CATALYST THEORY, OR IN THE
    ALTERNATIVE PLAINTIFF'S RENEWED MOTION
    CASE NO. 2:16-CV-03791-JGB-SP                                              1

1    I, Annick M. Persinger, declare as follows:

2        1.    I am an attorney at law licensed to practice in the State of California.  I am

3    a partner with the law firm of Tycko & Zavareei, LLP ("TZ"), counsel of record for

4    Plaintiff.  I have personal knowledge of the facts set forth in this declaration, and, if

5    called as a witness, could and would competently testify thereto under oath.

6        2.    Attached hereto as **Exhibit A** is a listing of the total number of hours of

7    work performed, as well as TZ's Adjusted Laffey rates, and TZ's total lodestar.

8        3.    Attached hereto as **Exhibit B** is a true and correct copy of a listing of

9    expenses incurred in this case by TZ.

10       I declare under penalty of perjury under the laws of the United States that the

11   foregoing is true and correct.

12       Executed on November 30, 2018 at Oakland, California.

13

14                                    _/s/ Annick M. Persinger_
                                      Annick M. Persinger

15

16                                    TYCKO & ZAVAREEI LLP
                                      Annick M. Persinger

17                                    1970 Broadway, Suite 1070
                                      Oakland, CA 94612

18                                    Telephone: (510) 254-6808
                                      Facsimile: (510) 210-0571

19                                    E-Mail:   apersinger@tzlegal.com

20

21

22

23

24

25

26

27

28   DECLARATION OF ANNICK M. PERSINGER IN SUPPORT OF PLAINTIFF'S MOTION FOR
     RECONSIDERATION OF THE COURT'S ORDER ON PLAINTIFF'S MOTION FOR
     DETERMINATION OF ENTITLEMENT OF FEES UNDER A CATALYST THEORY, OR IN THE
     ALTERNATIVE PLAINTIFF'S RENEWED MOTION
     CASE NO. 2:16-CV-03791-JGB-SP                                              2

# EXHIBIT A

| Evans v. DSW Lodestar | Hours | Adjusted Laffey Rate | Total |
|---|---|---|---|
| **Attorneys** | | | |
| Andrea Gold | 2.10 | $742.00 | $1,558.20 |
| Andrew Silver | 57.00 | $455.00 | $25,935.00 |
| Annick Persinger | 649.20 | $658.00 | $427,173.60 |
| Hassan Zavareei | 31.00 | $894.00 | $27,714.00 |
| Kristen Sagafi | 223.30 | $742.00 | $165,688.60 |
| Kyra Taylor | 72.80 | $371.00 | $27,008.80 |
| Marty Quinones | 45.00 | $455.00 | $20,475.00 |
| Rebecca Azhdam | 117.70 | $371.00 | $41,314.00 |
| Sophia Goren | 67.70 | $371.00 | $25,116.70 |
| Tanya Koshy | 98.50 | $658.00 | $64,813.00 |
| | | | |
| | | | |
| **Paralegals/Law Clerks** | | | |
| Audrey Abate | 73.00 | $202.00 | $14,746.00 |
| Nathan Laporte | 2.00 | $202.00 | $404.00 |
| Chloe Noh | 83.00 | $202.00 | $16,766.00 |
| Natasha Flecher | 0.70 | $202.00 | $141.40 |
| Melis Coban | 2.00 | $202.00 | $392.00 |
| | | | |
| **Total:** | **1,525.00** | | **$859,246.30** |

# EXHIBIT B

**DSW Expense Report**

| Date: | Description: | Cost: |
|---|---|---|
| 5/31/2016 | Photocopies (44 copies at $0.15 each) | $ 6.60 |
| 6/1/2016 | Westlaw Online Legal Research in May 2016 | $ 3.75 |
| 6/17/2016 | UPS Shipping on 6/13/16 | $ 150.95 |
| 6/17/2016 | Fedex Delivery | $ 36.00 |
| 6/17/2016 | Filing fee with USDC Court | $ 400.00 |
| 6/17/2016 | Court document Retrieval through Pacer 1st Quarter 2016 | $ 56.40 |
| 7/29/2016 | UPS Document Delivery | $ 55.46 |
| 10/10/2016 | Court document Retrieval through Pacer 3rd Quarter 2016 | $1.80 |
| 10/17/2016 | K. Sagafi Mileage to Restaurant Meeting on 9/25/2016 | $ 29.70 |
| 10/17/2016 | Meal at Restaurant Meeting on 9/25/2016 | $ 22.00 |
| 10/24/2016 | One half of Mediation provided by Jams | $ 2,100.00 |
| 10/31/2016 | Westlaw Online Legal Research during Oct. 2016 | $ 1.38 |
| 11/22/2016 | SW Airline | $ 503.96 |
| 11/22/2016 | Historic Mission Inn in Riverside | $ 225.26 |
| 12/30/2016 | UPS Shipping on 11/21/2016 | $ 7.04 |
| 12/30/2016 | UPS Shipping on 11/28/2016 | $ 47.52 |
| 2/1/2017 | Westlaw Online Legal Research during Jan 2017 | $ 9.21 |
| 2/28/2017 | Photocopies 1 at $0.15 | $ 0.15 |
| 4/1/2017 | Westlaw Online Legal Research during Mar 2017 | $ 3.55 |
| 4/19/2017 | SW Airliens Tickets | $ 484.88 |
| 4/19/2017 | Fedex Delivery | $ 36.75 |
| 5/1/2017 | Westlaw Online Research during April 2017 | $ 60.92 |
| 5/22/2017 | Court Document Retrieval during 1st quarter of 2017 | $ 0.60 |
| 5/22/2017 | DSW Shoe Warehouse Case Materials | $ 75.84 |
| 5/22/2017 | Uber Cabs to/from DSW Shoe Warehouse | $ 39.36 |
| 5/22/2017 | Marriott Hotel in Riverside | $ 212.45 |
| 5/22/2017 | Budget Rental Car in Santa Ana | $ 83.67 |
| 5/22/2017 | Historic Mission Inn in Riverside | $ 99.40 |
| 5/22/2017 | LAZ Parking in Oakland | $ 24.00 |
| 5/22/2017 | Travel meal at Starbucks | $ 3.88 |
| 5/22/2017 | Travel meal at SW Airlines | $ 9.04 |

| Date | Description | Amount |
|---|---|---|
| 5/22/2017 | Court Document Retrieval from Nevada Courts | $ 4.00 |
| 6/28/2017 | Conference call on 5/5/2017 at 4 pm | $ 26.76 |
| 6/28/2017 | Photocopies 5 at $0.15 | $ 0.75 |
| 7/1/2017 | Westlaw Online Research during June 2017 | $ 173.18 |
| 7/10/2017 | Expert Services provided by G. Goldpaper | $ 7,500.00 |
| 7/26/2017 | Uber Cab to Client Dinner | $ 25.17 |
| 7/26/2017 | Case Research at Aldo Shoes | $ 191.19 |
| 7/26/2017 | Bart at 12st in Oakland | $ 7.00 |
| 7/26/2017 | Case Research at Aldo Shoes | $ 109.25 |
| 7/26/2017 | Case Research at Macys.com | $ 58.67 |
| 7/26/2017 | Case Research at SteveMadden.com | $ 51.65 |
| 7/26/2017 | Case Research at Zappos.com | $ 215.22 |
| 7/26/2017 | Meals (50% deductible) with Client at One Market Restaurant | $ 484.00 |
| 8/1/2017 | Westlaw Online Legal Research for Jul 2017 | $ 569.60 |
| 8/29/2017 | Fedex Delivery on 8/3/2017 | $ 36.69 |
| 8/29/2017 | Court document retrieval 2nd quarter of 2017 | $ 3.10 |
| 9/1/2017 | Westlaw Online Legal Research Aug 2017 | $ 17.22 |
| 9/28/2017 | Lyft Ride | $ 27.35 |
| 9/28/2017 | United Airlines | $ 200.00 |
| 9/28/2017 | United Airlines | $ 893.60 |
| 9/28/2017 | Conference Call on 8/9/2017 at 2 pm | $ 3.52 |
| 9/28/2017 | Hotels.com | $ 326.15 |
| 9/30/2017 | Westlaw Online Legal Research during Sep 2017 | $ 1.90 |
| 10/12/2017 | Photocopies 14 at $0.15 | $ 2.10 |
| 11/1/2017 | Westlaw Online Legal Research during Oct 2017 | $ 4.05 |
| 11/29/2017 | Research Expense at Zappos Shoes | $ 54.61 |
| 11/29/2017 | Conference Call on 10/31/2017 at noon | $ 2.52 |
| 11/29/2017 | Pacer Court Document Retrieval | $ 13.50 |
| 11/29/2017 | UPS Shipping to Expert | $ 44.18 |
| 11/29/2017 | Gofer It Shipping | $ 78.75 |
| 11/29/2017 | UPS Shipping to Expert | $ 9.75 |
| 11/29/2017 | Fedex Delivery | $ 88.51 |
| 11/29/2017 | Fedex Delivery | $ 249.39 |
| 11/29/2017 | Uber cabs (6) to Fedex | $ 47.40 |

| | | | |
|---|---|---|---:|
| 11/29/2017 | Research at Sutter-Stockton Garage in San Franciscc | $ | 4.50 |
| 12/1/2017 | Westlaw Online Legal Research during Nov. 2017 | $ | 22.62 |
| 12/26/2017 | Hotel Bel Air in Los Angeles | $ | 238.20 |
| 12/26/2017 | Conference Call on 11/28/2017 at 1 pm | $ | 2.01 |
| 12/26/2017 | American cab | $ | 14.28 |
| 12/26/2017 | Travel meal at Mariposa Baking in San Francisco | $ | 12.74 |
| 1/1/2018 | Westlaw Online Legal Research duringDec 2017 | $ | 5.54 |
| 1/17/2018 | Expert Witness L. Compeau | $ | 12,000.00 |
| 1/31/2018 | Photocopies 1 at $0.15 | $ | 0.15 |
| 2/1/2018 | Westlaw Online Legal Research during Jan 2018 | $ | 5.54 |
| 2/27/2018 | Lyft Ride for Investigation | $ | 23.44 |
| 2/27/2018 | Lyft Ride | $ | 27.36 |
| 2/27/2018 | Fedex Delivery | $ | 23.10 |
| 2/27/2018 | Fedex Delivery | $ | 18.16 |
| 2/27/2018 | Conference Call on 1/24/2018 at 1 pm | $ | 6.96 |
| 2/27/2018 | Conference Call on 1/18/2018 at noon | $ | 4.86 |
| 2/27/2018 | Coference Call on 1/30/2018 at 12:50pm | $ | 4.72 |
| 2/27/2018 | Pacer Court Document Retrieval 4th Quarter 2017 | $ | 0.90 |
| 2/28/2018 | Certificate of Good Standing for A. Silver | $ | 15.00 |
| 2/28/2018 | Database hosting and project management by Precise | $ | 194.25 |
| 2/28/2018 | Photocopies 139 at $0.15 | $ | 20.85 |
| 3/27/2018 | Fedex Delivery | $ | 142.69 |
| 3/27/2018 | American Airline tickets to Columbus | $ | 288.60 |
| 3/27/2018 | American Airlines tickets from Columbus | $ | 323.46 |
| 3/27/2018 | Westin Hotel | $ | 455.91 |
| 3/27/2018 | Pro hac vice Admission Fees | $ | 650.00 |
| 3/27/2018 | Certificate of Good Standing Fees for Pro hac Vice Admission | $ | 45.00 |
| 3/27/2018 | Uber Cab | $ | 8.47 |
| 3/27/2018 | Lyft Ride | $ | 18.46 |
| 3/27/2018 | Travel meal at Paradies in Arlington, VA | $ | 11.98 |
| 3/27/2018 | Travel meal at Milestone in Columbus | $ | 75.00 |
| 3/27/2018 | Lyft Ride | $ | 18.57 |
| 3/27/2018 | Uber Cabs (3) in Columbus | $ | 13.88 |
| 3/27/2018 | Travel Meal at Einstein Bagels in Columbus | $ | 18.93 |

| Date | Description | Amount |
|---|---|---:|
| 3/27/2018 | Travel Meal at Zoupi Huntington Center in Columbus | $ 22.00 |
| 3/30/2018 | Photocopies 215 at $0.15 | $ 32.25 |
| 3/31/2018 | Database hosting and project management by Precise | $ 847.00 |
| 4/1/2018 | Westlaw Online Legal Research during Mar. 2018 | $ 122.70 |
| 4/26/2018 | Fedex Delivery on 4/14/2018 | $ 27.07 |
| 4/26/2018 | Fedex Delivery | $ 173.37 |
| 4/26/2018 | Conference Call on 3/23/2018 at 2 pm | $ 0.48 |
| 4/26/2018 | Westin Columbus on 3/17/2018 | $ 505.34 |
| 4/26/2018 | Uber cab | $ 49.18 |
| 4/26/2018 | Columbus Cab | $ 5.99 |
| 4/26/2018 | Travel Meal at Land-Frant Concession | $ 25.00 |
| 4/26/2018 | Travel meal at One Line Coffee in Columbus | $ 9.00 |
| 4/26/2018 | Uber Cab | $ 10.89 |
| 4/26/2018 | Westin Hotel in Columbus | $ 62.68 |
| 4/26/2018 | Travel Meal in Columbus for Deposition | $ 7.28 |
| 4/30/2018 | Document Hosting Services by Precise | $ 643.50 |
| 5/1/2018 | Westlaw Online Legal Research during Apr/ 2018 | $ 64.18 |
| 5/30/2018 | Court Document Retrieval during 1st quarter of 2018 | $ 0.40 |
| 5/31/2018 | Document Hosting Services by Precise | $ 643.50 |
| 5/31/2018 | Photocopies 27 at $0.15 | $ 4.05 |
| 6/1/2018 | Westlaw Online Legal Research during the month of May 2018 | $ 441.33 |
| 6/27/2018 | Meal in Preparation for Hearing | $ 34.04 |
| 6/27/2018 | Article for Reply ISO Catalyst Motion | $ 34.00 |
| 6/27/2018 | Fedex Delivery | $ 66.84 |
| 6/27/2018 | Conference Call on 5/14/2018 at 1:40 pm | $ 2.40 |
| 7/1/2018 | Westlaw Online Legal Research during June 2018 | $ 51.95 |
| 7/31/2018 | Final Monthly Hosing Provided by Precise | $ 321.75 |
| 8/29/2018 | Court Document Retrieval 2nd quarter 2018 | $ 13.20 |
| 9/1/2018 | Westlaw Online Legal Research during Aug 2018 | $ 60.25 |
| 9/26/2018 | Conference call on 9/7/2018 at noon | $ 13.38 |
| 10/1/2018 | Westlaw Online Legal Research during Sep 2018 | $ 67.20 |

**Total:  $ 35,390.58**