**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (State Bar No. 272996)
The Tower Building
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
E-Mail: apersinger@tzlegal.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
E-Mail: hzavareei@tzlegal.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY EVANS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>DSW, INC.,<br><br>                    Defendant. | Case No. 2:16-cv-03791-JGB-SP<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Jesus G. Bernal |

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
CASE NO. 2:16-CV-03791-JGB-SP

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amy Evans ("Plaintiff") and Defendant DSW, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, submit this stipulation of voluntary dismissal with prejudice. The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, with prejudice. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 31, 2019  **TYCKO & ZAVAREEI LLP**

By:     /s/ Annick M. Persinger
Annick M. Persinger
Counsel for Plaintiff AMY EVANS

Dated: January 31, 2019  **STEPTOE & JOHNSON LLP**

By:     /s/ Stephanie A. Sheridan
Stephanie A. Sheridan
Counsel for Defendant DSW

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
CASE NO. 2:16-cv-03791-JGB-SP

1

## **ATTESTATION**

I, Annick M. Persinger, attest that, prior to filing the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), concurrence in the filing of this document has been obtained from the other signatory listed on the signature page.

By:      */s/ Annick M. Persinger*
         Annick M. Persinger

JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
CASE NO. 2:16-CV-03791-JGB-SP

2